# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL E. LONG, JR.                                                                              PLAINTIFF

VS.                                          4:18-CV-298-BRW-BD

FAULKNER COUNTY
SHERIFF'S OFFICE, *et al.*                                                                         DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Long's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Long's claims against the Faulkner County Sheriff's Office are DISMISSED, without prejudice. The Clerk is instructed to terminate the Sheriff's Office as a party Defendant.

IT IS SO ORDERED, this 23rd day of May, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE