IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL E. LONG, JR.                                                                 PLAINTIFF

VS.                                   4:18-CV-298-BRW-BD

FAULKNER COUNTY
SHERIFF'S OFFICE, et al.                                                           DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Long's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Long's motion for preliminary injunctive relief (Doc. No. 7) is DENIED.

IT IS SO ORDERED, this 13th day of June, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE