IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL E. LONG, JR.                                             PLAINTIFF

V.                   CASE NO. 4:18-CV-298-BRW-BD

FAULKNER COUNTY
SHERIFF'S OFFICE, et al.                                          DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Long has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Long's motion for preliminary injunctive relief (Doc. No. 28) is DENIED.

IT IS SO ORDERED, this 19th day of July, 2018.


                                                   /s/ Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE