**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL E. LONG, JR.**                                                      **PLAINTIFF**

**V.**                            **CASE NO. 4:18-CV-298-BRW-BD**

**FAULKNER COUNTY
SHERIFF'S OFFICE, et al.**                                          **DEFENDANTS**

<u>**RECOMMENDED DISPOSITION**</u>

**I**.      <u>**Procedure for Filing Objections**</u>

This Recommended Disposition ("Recommendation") has been sent to Judge Billy

Roy Wilson. Parties may file written objections if they disagree with the

Recommendation. Objections should be specific and should include the factual or legal

basis for the objection. To be considered, objections must be received in the office of the

Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without

independently reviewing the record. By not objecting, parties may also waive any right to

appeal questions of fact.

**II.**      <u>**Discussion**</u>

Plaintiff Michael E. Long Jr., an inmate at the Faulkner County Detention Center

("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C.

§ 1983. The Court requires Plaintiffs who are not represented by counsel to keep the

Court informed as to their current address. Local Rule 5.5.

On November 26, 2018, Mr. Long was given thirty days to notify the Court of his current address, after mail sent to him from the Court was returned as undeliverable. (#44) The Court specifically cautioned Mr. Long that his claims could be dismissed if he failed to comply with the Order. (#44) To date, Mr. Long has failed to comply with the Court's Order, and the time for doing so has passed. Defendants have now moved to dismiss Mr. Long's claims based on his failure to keep the Court informed of his current address. (#48)

## III.  Conclusion

The Court recommends that Defendants' motion to dismiss (#48) be GRANTED. Mr. Long's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 26, 2018 Order and his failure to prosecute this lawsuit.

DATED this 10th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE