IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                                 **PLAINTIFF**

VS.                            **4:18-CV-298-BRW-BD**

**FAULKNER COUNTY**
**SHERIFF'S OFFICE,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Long has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion to dismiss (Doc. No. 48) is GRANTED. Mr. Long's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's November 26, 2018 Order, and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 25th day of January, 2019.

                                                                             /s/ Billy Roy Wilson_____
                                                                            UNITED STATES DISTRICT JUDGE