# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                              **PLAINTIFF**

**VS.**                          **4:18-CV-298-BRW-BD**

**FAULKNER COUNTY**
**SHERIFF'S OFFICE, et al.**                                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 25th day of January, 2019.


                                                                  /s/ Billy Roy Wilson_____
                                                                  UNITED STATES DISTRICT JUDGE